**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 21 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PATRICK COLLINS, INC., and K-BEECH, INC.

                         Plaintiff,

               v.

JOHN DOE,

                         Defendants.

---------------------------------------------------------------X

Civil Action No. 2:11-cv-04094-JFB-GRB

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE** Plaintiffs hereby voluntary dismiss Defendant John Doe from this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant John has neither answered Plaintiffs' Complaint nor filed a motion for summary judgment.

*[Handwritten: The Clerk of the Court shall close the case.]*

*[Signature: s/ Joseph F. Bianco]*
*[Handwritten: Nov. 21, 2011]*
*[Central Islip, N.Y.]*

Respectfully submitted,

LAW OFFICE OF FREDERIC R. ABRAMSON

By: /s/ *Frederic R. Abramson*
Frederic R. Abramson (FA3918)
Attorneys for Plaintiff
160 Broadway, Suite 500
New York, NY 10038
(P) 212-233-0666
(F) 212-267-7571
Email: fabramson@abramsonlegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Frederic R. Abramson*